# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JESSICA LAUREN MALLOTT,

    Plaintiff,

v.                                      Case No: 8:12-cv-2149-T-30EAJ

LUTHERAN SERVICES OF FLORIDA
INC.,

    Defendant.

## ORDER

The Court has been advised via a Mediation Report (Dkt. #21) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of September, 2013.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record